CSD 2011 [03/01/15]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

Order Entered on March 15, 2017 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

ABRAHAM DOLAMAKIAN
MARIAM DOLAMAKIAN

BANKRUPTCY NO. 16-04156-CL13

Debtor.

## TRUSTEE'S MOTION TO DISMISS CASE AND ORDER

The undersigned Trustee respectfully represents that:

☐ More than fourteen (14) days have elapsed since the filing of the petition and the debtor has failed to timely file either schedules, statements and/or plan required pursuant to Fed. R. Bankr. P. 1007(b) or a motion for extension of time pursuant to Fed. R. Bankr. P. 1007(a)(4).

☑ The debtor failed to appear and testify at the regularly scheduled and duly noticed First Meeting of Creditors held on JANUARY 23, 2017 & MARCH 6, 2017 pursuant to 11 U.S.C. § 341(a) or any continued Meeting of Creditors scheduled thereafter.

☑ If checked, this case was filed by the filing of a joint petition and this motion applies to only one of the debtors, namely: ABRAHAM DOLAMAKIAN

Wherefore, the Trustee moves that the within case be dismissed without prejudice.

Dated: MARCH 14, 2017

/s/ David L. Skelton
☐ Chapter 7 Trustee   ☑ Chapter 13 Trustee

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 will hereafter apply.

DATED: March 14, 2017

Judge, United States Bankruptcy Court

CSD 2011