David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
Richard L. Stevenson State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
525 B Street, Suite 1430
San Diego, CA 92101
Telephone (619) 338-4006
Facsimile (619) 239-5242

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 16-04156-CL13 |
| | ) |
| | ) DATE: May 10, 2017 |
| | ) TIME: 10:00 AM |
| MARIAM DOLAMAKIAN | ) DEPT: 5 |
| | ) |
| | ) TRUSTEE'S OBJECTION TO |
| | ) CONFIRMATION OF CHAPTER 13 PLAN |
| | ) DATED 04/19/2017 AND MOTION TO |
| Debtor. | ) DISMISS PURSUANT TO 11 |
| | ) U.S.C.1307(C)(5) |

DAVID L. SKELTON, Chapter 13 Standing Trustee ("Trustee"), hereby objects to confirmation and moves the Court for an Order of Dismissal and Denial of Confirmation. The bases for the Trustee's objection(s) are:

### I.  <u>11 USC § 1322(d)(1)(C)</u>

A.  The Plan provides for payments over a period exceeding five years (or exceeding 3 years without cause).  See §1322(d) *et. seq.*

1.  **Length is estimated at 62 months.  In order to complete within 60 months the payment must increase to $1,215.00 beginning in 05/2017 to completion.  See attached.**

/////

/////

## II.  11 USC § 1325 (b)(1)(B) AND/OR 11 USC § 1329(a)

A.  The debtor has failed to apply all projected disposable income to the Plan for a period of not less than the applicable commitment period (the "ACP").  See *In Re Danielson v. Flores,* (In re Flores), 2013 U.S. App. LEXIS 18413 (9th Cir. March 2013); See *In Re Braswell,* 2013 Bankr. LEXIS 2630 (Bankr. D. Oregon June 2013); See §1325(b)(1)(B); See §1329(a); See also, *In re Ransom,* 131 S.Court 716; 178 L.Ed 2d 603 (2011); *In re Sounakhene*, 249 B.R. at 805 citing *In re Than,* 215 B.R. 430 (9th Cir. BAP 1997); *In re Sunahara,* 326 B.R. 768 (9th Cir. BAP 2005); *In re Hall,* 442 B.R. 754 (Bankr. D. Idaho 2010); *In re Witkowski,* 16 F.3d 739, 746 (7th Cir. 1994); *In re Powers,* 202 B.R. 618 (9th Cir. BAP 1996).

1. **Trustee requests proof of SSI, Business Questionnaire, tax returns, and bank statements corresponding to P&L's.  Net income for business according to P&L's is $8,153/month versus $3,200/month on Schedule I (+4953) and $3365.02 on 122C (+$4,788).  Debtor is above median so 122C2 must be completed and Schedule I & J must be amended to disclose income.**

## III.  11 USC § 1322 *et. seq.*

A.  The Plan is incomprehensible or internally inconsistent and the Trustee cannot administer it in its current format.

1. **Trustee requires proof of insurance on all assets – Business – LLC, real estate and auto).**
2. **In part 2.2 the ending date of payment should be "To Completion".**
3. **Further modification is necessary.**

WHEREFORE, the Trustee respectfully requests that confirmation of Debtor's plan be denied and the case be dismissed.

Date:  April 26, 2017                                    _____/s/ David L. Skelton_____
                                                                            Chapter 13 Trustee

| | | | |
|---|---|---|---|
| Start Date: 07/2016 | | Net Funds Paid In To Date: | 5,600.00 |
| Base Amount: | 0.00 | Disbursed To Creditors To Date: | 00.00 |
| Unsecured Base Amt: | 0.00 | Fees Paid To Date: | 00.00 |
| Unsecured Pay Percent: | 100.0000 % | **Beginning Funds on Hand:** | **5,600.00** |

DOLAMAKIAN, ABRAHAM  (XXX-XX-1484)  
11057 PASEO CASTANADA  
LA MESA, CA 91941-

DOLAMAKIAN, MARIAM  (XXX-XX-3448)  
11057 PASEO CASTANADA  
LA MESA, CA 91941-

| Claim | Creditor Name | Month | Percentage Due/Pd | Allowed | Principal Pd | Interest Pd | Balance + Int Due |
|---|---|---|---|---|---|---|---|
| | Pay Seq    17    Class   9 | Month | | Pay Method: Pro Rata | | | |
| 799 | MARCO A TORRES #214805 | 9 | 100% | 1,463.00 | 1,463.00 | 0.00 | 0.00 |
| | Group Totals... | | | 1,463.00 | 1,463.00 | 0.00 | 0.00 |
| | Pay Seq    21    Class   1 | Month | | Pay Method: Pro Rata | | | |
| 001 | INTERNAL REVENUE SERVICE^ | 10 | 100% | 4,656.11 | 4,656.11 | 0.00 | 0.00 |
| | Group Totals... | | | 4,656.11 | 4,656.11 | 0.00 | 0.00 |
| | Pay Seq    26    Class   1 | Month | | Pay Method: Pro Rata | | | |
| 004 | FRANKLIN CREDIT MANAGEMENT CC | 36 | 100% | 28,791.37 | 28,791.37 | 0.00 | 0.00 |
| | Group Totals... | | | 28,791.37 | 28,791.37 | 0.00 | 0.00 |
| | Pay Seq    30    Class   2 | Month | | Pay Method: Pro Rata | | | |
| | FRANCHISE TAX BOARD | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE^ | 59 | 100% | 22,699.53 | 22,699.53 | 2,868.95 | 0.00 |
| | Group Totals... | | | 22,699.53 | 22,699.53 | 2,868.95 | 0.00 |
| | Pay Seq    35    Class   3 | Month | | Pay Method: Pro Rata | | | |
| | ALLY FINANCIAL | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | BMW FINANCIAL SVCS | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | BOMBAY PRISM CITIBANK | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAVALRY SPV I LLC | 60 | 100% | 37.96 | 37.96 | 6.07 | 0.00 |
| 002 | CAVALRY SPV I LLC | 60 | 100% | 869.09 | 869.09 | 139.43 | 0.00 |
| | CHASE | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE BANK | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOWNEY S L | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | DSRW NATIONAL BANK | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | KOHLS CAPITAL ONE | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | MABY GENESIS RETAIL | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | PROGRESSIVE MGMT SYSTEMS | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | PROGRESSIVE MGMT SYSTEMS | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | SANTANDER CONSUMER USA | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK WALMART | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK WALMART | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOYOTA MOTOR CREDIT | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | VISA DEPT STORE MATL BANK | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | VISA DEPT STORE MATL BANK | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | Group Totals... | | | 907.05 | 907.05 | 145.50 | 0.00 |
| | Pay Seq    45    Class   1 | Month | | Pay Method: Pro Rata | | | |
| | CALIFORNIA REPUBLIC | 0 | 0% | 0.00 | 0.00 | 0.00 | DIRECT |
| | CHASE MTG | 0 | 0% | 0.00 | 0.00 | 0.00 | DIRECT |
| | GREENWOOD MEMORIAL PARK | 0 | 0% | 0.00 | 0.00 | 0.00 | DIRECT |
| | Group Totals... | | | 0.00 | 0.00 | 0.00 | 0.00 |

Allocate 6.75.1.3 Disburse 7.96.15.3          04/26/2017 11:49 am

ATTACHMENT

Plan Analysis For:  **Case Number: 1604156**

| | | |
|---|---|---|
| Start Date: 07/2016 | Net Funds Paid In To Date: | 5,600.00 |
| Base Amount: 0.00 | Disbursed To Creditors To Date: | 00.00 |
| Unsecured Base Amt: 0.00 | Fees Paid To Date: | 00.00 |
| Unsecured Pay Percent: 100.0000 % | **Beginning Funds on Hand:** | **5,600.00** |

DOLAMAKIAN, ABRAHAM  (XXX-XX-1484)
11057 PASEO CASTANADA
LA MESA, CA 91941-

DOLAMAKIAN, MARIAM  (XXX-XX-3448)
11057 PASEO CASTANADA
LA MESA, CA 91941-

| Claim | | | Creditor Name | | Percentage Due/Pd | Allowed | Principal Pd | Interest Pd | Balance + Int Due |
|---|---|---|---|---|---|---|---|---|---|
| | Pay Seq | 99 | Class | 8 | Month | Pay Method: Pro Rata | | | |
| 999 | DEBTOR | | | | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| 777 | DEBTOR | | | | 0 | 0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | Group Totals... | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Remaining Claim Balances | | 58,517.06 | 58,517.06 | 3,014.45 | 0.00 |

| | | | |
|---|---|---|---|
| Net Total Paid In | 68,188.00 | Total Due All Claims + Fees | -570.95 |
| Paid In and Refunded to Debtor | 0.00 | | |
| Total Creditor Principal and Interest | 61,531.51 | Total Due Must Pay Claims | 0.00 |
| Total Fees | 6,085.54 | Underfunded Amount | -570.95 |
| Ending Funds on Hand | 570.95 | | |
| | | Paid UNS (3,5) | Claimed UNS (3,5) |
| Projected Percentage Paid to Unsecured | 100% | 907.05 | 907.05 |

This Case paid out in month 60 of the plan.


Current Payments and Abatements

Payment  Starting on 05/2017  Ending on  --/----  Frequency of Monthly   For 1,215.00
Payment  Starting on 08/2016  Ending on 04/2017  Frequency of Monthly   For 623.00