# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ABRAHAM & MARIAM DOLAMAKIAN |
| **Case Number:** | 16-04156-CL13  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 19, 2018 10:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

MOTION FOR RELIEF FROM STAY , RS #AT-1 FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY , AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1 (*Debtor husband dismissed 3/15/17)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE SKELTON
VICTOR HUERTA, SPECIALLY APPEARING FOR MARCO A. TORRES/ATTY FOR ABRAHAM DOLAMAKIAN, MARIAM DOLAMAKIAN
RUSSEL T. LITTLE, SPECIALLY APPEARING FOR MICHELLE GHIDOTTI/ATTY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY

### Disposition:

Matter continued to 1/16/19 at 10:00 AM, Dept 5.

Parties request continuance to consider the Debtors' recent calculation of the arrears. Court to allow that.

If parties reach resolution & matter resolved w/APO prior to next hearing, matter may then be taken off calendar.

Guideline fees allowed Atty for Debtors: $650.
Fees payable outside the plan as requested by Debtors.