# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | ABRAHAM & MARIAM DOLAMAKIAN |
| **Case Number:** | 16-04156-CL13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 16, 2019 10:00 AM    DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | LYNETTE ALVES |

## *Matter:*

MOTION FOR RELIEF FROM STAY , RS #AT-1 FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY , AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1 (fr 12/19/18) (*Debtor husband dismissed 3/15/17)

## *Appearances:*

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE SKELTON
MARCO A. TORRES, ATTORNEY FOR ABRAHAM DOLAMAKIAN, MARIAM DOLAMAKIAN
RUSSEL T. LITTLE, SPECIALLY APPEARING FOR MICHELLE GHIDOTTI/ATTY FOR DEUTSCHE BANK NATIONAL TRUST COMPANY

## *Disposition:*

Matter continued to 1/28/19 at 11:30 AM, Dept 5.

Debtors request a 12 month APO, however Creditor is not presently agreeable to that.
Debtors wish to meet & confer in an attempt to reach an agreement.
Court to allow that and so grants one last continuance.

Court might permit a 9-10 month APO, which would require additional payments of between
$1100-$1200 per month by these Debtors. Parties should come to next hearing prepared to discuss.

If there are any material developments between now and the continued hearing on 1/28/19,
Court will look for a written status report from the parties.

Guideline fees of $650 previously awarded to Atty for Debtors (re Minute Order, ECF No. 72).